PETER L. SIMON (SBN 178393)
BEYERS | COSTIN
200 Fourth Street, Suite 400
Post Office Box 878
Santa Rosa, California 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-3672

Attorneys for Defendants River House Land
Company, L.P.; River House Partners, LLC;
Donald E. Lefton; and Judith M. Weiser,
Personal Representative of the Estate of
Sherwood M. Weiser, Deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OSM-LOR, LLC, a Minnesota Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RIVER HOUSE LAND COMPANY, L.P., et al.,<br><br>　　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTION(S). | CASE NO.  C 12 4849 YGR<br><br>(Unlimited Civil)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>**Courtroom 5, 2nd Floor**<br>**The Hon. Yvonne Gonzalez Rogers** |

　　　Pursuant to stipulation of the parties, this action is dismissed with prejudice. Each side will bear their own costs and fees.

　　　The Compliance Hearing set for May 17, 2013 is Vacated.

　　　**IT IS SO ORDERED.**

Dated:  March 12, 2013

_____
UNITED STATES DISTRICT COURT JUDGE

1

**Order of Dismissal**
G:\6756-01\Pleadings\Order of Dismissal-USDC.doc